IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HOLLY SUZANNE CREWS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0266

Opinion filed May 5, 2015.

An appeal from an order of the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Holly Suzanne Crews, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahasee.

PER CURIAM.

        AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.